RECEIVED
NOV 19, 2012
NOV 19 2012
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

All Cases of Rodney Eugene Heidelberg
SSN 356748340

U.S. Government Plaintiff: (USC 2800: All civil after conviction)

Heidelberg, Rodney Eugene SSN 356748340
Versus
Thomson Publishing, Wadsworth, and Thomson Learning
Address: 10 Davis Drive, Belmont, CA 94002-3098

Statement:

Laws:

12cv9291
Judge Pallmeyer
Mag. Judge Finnegan

57 UCMJ 3629 : No Gang Court.
17 UCMJ 2748 : No Gang Class.
57 USC 2871 : No Gang Fight.
13 USC 2785 : No Ban Method.
17 USC 2684 : No Ban Goal.
USC 2847 Wire evidence: All harm must be exposed.
USC 2874 Wire Evidence: All Chemical Damage was called in to police.
USC 3427 Wire Evidence: All Chemical Damage left scar on face.
USC 3481: Wire evidence: All harm due to attack.
USC 4278 Wire Evidence: All Employees cannot pledge attack.

Plaintiff address: Rodney Eugene Heidelberg, 11400 South Lowe Avenue, Chicago, IL. 60628

Respectfully,
Heidelberg, Rodney Eugene SSN 356748340